# IN THE COURT OF APPEALS OF THE NAVAJO NATION

## WINDOW ROCK, NAVAJO NATION (ARIZONA)

In The Matter Of The Appointment )　　　No.: A-CV-12-77
Of Tuba City District Prosecutor )
　　　　　　　　　　　　　　　　　　　　)　　　　　ORDER
　　　　　　　　　　　　　　　　　　　　)
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ )

Appellee's motion for reconsideration having been considered by th Chief Justice, it is hereby DISMISSED as untimely filed.

Since the principal issue is one properly raised only before oral argument, its dismissal for lack of timeliness is dispositive and the tangential matters raised in the motion need not be considered.

Dated this 25th day of August, 1977.

Virgil L. Kirk, Sr.
Chief Justice of the Navajo Nation